## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Todd & Melanie Alexander

: NO. 20-13701-amc

### NOTICE OF RE-SCHEDULED
### MEETING OF CREDITORS

To the Debtor, United States Trustee and all Creditors and parties in interest:

Please take Notice that First Meeting of Creditors has been re- scheduled from December 11, 2020 at 10:00a.m. to January 15, 2021 at 11:00 a.m. The Meeting of Creditors will be conducted via video conference. All interested parties shall contact the Chapter 13 Trustee for connection details.

                                                  /s/ *John G. Gray*
                                                  John G. Gray, Esquire
                                                  Attorney for Debtors

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Todd & Melanie Alexander

: NO. 20-13701-amc

### CERTIFICATION OF SERVICE

JOHN G. GRAY, ESQUIRE, counsel for Debtors, hereby certifies that true and correct copies of the Notice of Re-Scheduled Meeting of Creditors was served on the Debtors, the United States Trustee and all creditors and parties in interest, electronically or by regular mail, postage prepaid, on December 21, 2020.

                                        /s/ *John G. Gray*
                                        JOHN G. GRAY, ESQUIRE

DATE: 12/21/2020

```
Label Matrix for local noticing          United States Trustee                    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU
0313-2                                   Office of United States Trustee          c/o McCalla Raymer Leibert Pierce, LLC
Case 20-13701-amc                        200 Chestnut Street                      Bankruptcy Department
Eastern District of Pennsylvania         Suite 502                                1544 Old Alabama Road
Philadelphia                             Philadelphia, PA 19106-2908              Roswell, GA 30076-2102
Mon Dec 21 09:42:13 EST 2020

Philadelphia                             CITIMORTGAGE, INC.                       Capital One
900 Market Street                        c/o Thomas Song, Esq.                    PO Box 71083
Suite 400                                1617 JFK Boulevard, Suite 1400           Charlotte, NC 28272-1083
Philadelphia, PA 19107-4233              One Penn Center Plaza
                                         Philadelphia, PA 19103

Carrington Mortgage                      Carrington Mortgage Services             EOS CCA
PO Box 660586                            PO Box 7006                              PO Box 981008
Dallas, TX 75266-0586                    Pasadena CA 91109-7006                   Boston MA 02298-1008


Pennsylvania Department of Revenue       (p)PORTFOLIO RECOVERY ASSOCIATES LLC     ShellPoint Mortgage
Bankruptcy Division PO Box 280946        PO BOX 41067                             PO Box 639766
Harrisburg, PA  17128-0946               NORFOLK VA 23541-1067                    Cincinnati, OH 45263-9766



Verizon                                  WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU    Wilmington Savings Fund Society, FSB
PO Box 25114                             C/O KML Law Group                        c/o Carrington Mortgage Services, LLC
Lehigh Valley PA 18002-5114              701 Market Street Suite 5000             1600 South Douglass Road
                                         Philadelphia, PA. 19106-1541             Anaheim, CA 92806-5948


JOHN G. GRAY                             Melanie G. Alexander                     SCOTT F. WATERMAN (Chapter 13)
John G. Gray                             1601 Robin Road                          Chapter 13 Trustee
P.O. Box 339                             Coatesville, PA 19320-4514               2901 St. Lawrence Ave.
Lima, PA 19037-0339                                                               Suite 100
                                                                                  Reading, PA 19606-2265


Todd C. Alexander
1601 Robin Road
Coatesville, PA 19320-4514
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery                       (d)Portfolio Recovery Associates, LLC
PO Box 12914                             POB 41067
Norfolk VA 23541                         Norfolk VA 23541
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CITIMORTGAGE, INC.

(u)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T

(d)CitiMortgage, Inc.
c/o Thomas Song, Esq.,
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

(d)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

End of Label Matrix
Mailable recipients    18
Bypassed recipients     4
Total                  22