UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Todd C. Alexander<br>    Melanie G. Alexander<br><br>           Debtors | Chapter 13<br>Bankruptcy No.20-13701-AMC |

## CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 17th day of February, 2021, by first class mail upon those listed below:

Todd C. Alexander
Melanie G. Alexander
1601 Robin Road
Coatesville, PA  19320

**Electronically via CM/ECF System Only:**

JOHN G GRAY ESQ
P O BOX 339
LIMA, PA  19037-0339

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee