**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                               :Chapter 13
   Todd & Melanie Alexander

                                                           :Case No. 20-13701-amc

**PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION
OBLIGATIONS IN ACCORDANCE WITH 11 U.S.C. SECTION 1325(a)(8) and (a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above-referenced case:

1. The above-named debtor(s) has/have paid all post petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable Federal, State, and Local tax returns, as required by 11 U.S.C. Section 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the Chapter 13 Trustee prior to any subsequent Confirmation hearing.

Dated:  May 4, 2021                                             By:  *John G. Gray*
                                                                                         John G. Gray, Esquire
                                                                                        Attorney For Debtors