# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Todd C. Alexander<br>        Melanie G. Alexander<br>                    Debtor(s) | CHAPTER 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H, its successors and/or assigns<br>                    Movant<br>            vs.<br>Todd C. Alexander<br>Melanie G. Alexander<br>                    Debtor(s)<br>Scott F. Waterman<br>                    Trustee | NO. 20-13701 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H, which was filed with the Court on or about **December 10, 2020, docket number 29**.

                                                      Respectfully submitted,

                                                      /s/ Rebecca A. Solarz, Esq.
                                                      _____
                                                      Rebecca A. Solarz, Esquire
                                                      KML Law Group, P.C.
                                                      BNY Mellon Independence Center
                                                      701 Market Street, Suite 5000
                                                      Philadelphia, PA  19106
                                                      Phone: (215)-627-1322

Dated: May 5, 2021