**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              : **CHAPTER 13**
   **Todd & Melanie Alexander**

                                     : **NO. 20-13701-amc**

**CERTIFICATION OF NO OBJECTION TO**
**DEBTOR'S APPLICATION FOR FINAL COMPENSATION**


John G. Gray, Esquire, counsel for debtors, hereby certifies as follows:

1. That true and correct copies of the Application for Final Compensation and Notice were served on the Trustee and all creditors on the attached list by regular mail, postage prepaid, on May 4, 2021.

2. That twenty (20) days have expired since said creditors were notified and no answer or objection to debtor's Application has been filed on their behalf.


                             /s/ *John G. Gray*
                             John G. Gray, Esquire
                             Attorney for Debtor


DATE:  May 25, 2021

Label Matrix for local noticing
0313-2
Case 20-13701-amc
Eastern District of Pennsylvania
Philadelphia
Tue May  4 10:49:55 EDT 2021

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Pennsylvania Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946

U.S. Attorney Office
c/o Virginia Powel, Esq.
Room 1250
615 Chestnut Street
Philadelphia, PA 19106-4404

United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107-4233

CITIMORTGAGE, INC.
c/o Thomas Song, Esq.
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

Capital One
PO Box 71083
Charlotte, NC 28272-1083

Carrington Mortgage
PO Box 660586
Dallas,TX 75266-0586

Carrington Mortgage Services
PO Box 7006
Pasadena CA 91109-7006

EOS CCA
PO Box 981008
Boston MA 02298-1008

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

ShellPoint Mortgage
PO Box 639766
Cincinnati, OH 45263-9766

Verizon
PO Box 25114
Lehigh Valley PA 18002-5114

WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRU
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106-1541

Wilmington Savings Fund Society, FSB
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5948

JOHN G. GRAY
John G. Gray
P.O. Box 339
Lima, PA 19037-0339

Melanie G. Alexander
1601 Robin Road
Coatesville, PA 19320-4514

SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265

Todd C. Alexander
1601 Robin Road
Coatesville, PA 19320-4514

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Philadelphia
City of Philadelphia Law Dept.
Tax Unit/Bankruptcy Dept
1515 Arch Street 15th Floor
Philadelphia, PA 19102-1595

Portfolio Recovery
PO Box 12914
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)CITIMORTGAGE, INC.

(u)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T

(d)CitiMortgage, Inc.
c/o Thomas Song, Esq.,
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103

(d)Pennsylvania Department of Revenue
Bankruptcy Division PO Box 280946
Harrisburg, PA  17128-0946

(d)WILMINGTON SAVINGS FUND SOCIETY, FSB, AS T
c/o McCalla Raymer Leibert Pierce, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076-2102

(u)Sophia Nikolaidis
, PA

End of Label Matrix
Mailable recipients    20
Bypassed recipients     6
Total                  26