United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13701-amc |
| Todd C. Alexander | Chapter 13 |
| Melanie G. Alexander | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd C. Alexander, Melanie G. Alexander, 1601 Robin Road, Coatesville, PA 19320-4514 |
| cr | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JOHN G. GRAY | |
| | on behalf of Debtor Todd C. Alexander esqjgray@aol.com |
| JOHN G. GRAY | |
| | on behalf of Joint Debtor Melanie G. Alexander esqjgray@aol.com |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | |
| | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 24, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Creditor CITIMORTGAGE INC. paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
   Todd & Melanie Alexander

: NO. 20-13701-amc

### ORDER APPROVING COUNSEL FEE

   AND NOW, this _____ day of _____, 2021, upon consideration of the Application for Final Counsel Fees submitted by John G. Gray, Esquire, counsel for the debtor, it is hereby

   ORDERED that a counsel fee in the amount of $4,000.00 is approved as a fair, reasonable and necessary final counsel fee in connection with this case and, further, the unpaid balance of $2,000.00 of the counsel fee shall be paid through the debtor's Chapter 13 Plan as an Administrative Priority Expense.

**Date: June 23, 2021**

                                       **ASHELY M. CHAN**
                                       United States Bankruptcy Judge

Copies to:

John G. Gray, Esquire
Attorney for Debtor
PO Box 339
Lima, Pennsylvania 19037

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Ave, Ste 100
Reading, PA 19606