# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Todd C. Alexander<br>         Melanie G. Alexander<br>                      Debtor(s) | Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H<br>                      v.<br>Todd C. Alexander<br>Melanie G. Alexander<br>                      and<br>Scott F. Waterman<br>                      Trustee | NO. 20-13701 AMC |

## ORDER

AND NOW, this _____ day of _____, 2022 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 16, 2021 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1601 Robin Road  Coatesville, PA 19320.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: June 6, 2022**

_United States Bankruptcy Judge._

cc: See attached service list

Todd C. Alexander
1601 Robin Road
Coatesville, PA 19320

Melanie G. Alexander
1601 Robin Road
Coatesville, PA 19320

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

John G. Gray Esq.
P.O. Box 339
Lima, PA 19037

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532