Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 20-13701-AMC**

Todd C. Alexander  
Melanie G. Alexander  
1601 Robin Road  
Coatesville  PA     19320

Petition Filed Date: 09/14/2020  
341 Hearing Date: 12/11/2020  
Confirmation Date: 06/23/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/22/2021 | $600.00 | 27008977320 | 08/31/2021 | $1,200.00 | 6821604351 | 09/28/2021 | $600.00 | 27392145941 |
| 09/28/2021 | $600.00 | 27392145930 | 01/14/2022 | $1,800.00 | 6821602872 | 03/08/2022 | $600.00 | 27986246234 |
| 03/08/2022 | $600.00 | 27986246212 | 03/08/2022 | $600.00 | 27986246223 | | | |

**Total Receipts for the Period: $6,600.00     Amount Refunded to Debtor Since Filing: $0.00     Total Receipts Since Filing: $9,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | PA DEPARTMENT OF REVENUE<br>»»  01S | Secured Creditors | $842.29 | $92.42 | $749.87 |
| 2 | PA DEPARTMENT OF REVENUE<br>»»  01U | Unsecured Creditors | $170.93 | $0.00 | $170.93 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  01P | Priority Crediors | $486.52 | $486.52 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  002 | Unsecured Creditors | $725.00 | $0.00 | $725.00 |
| 5 | CARRINGTON MORTGAGE SVCS LLC<br>»»  003 | Mortgage Arrears | $51,628.58 | $5,665.06 | $45,963.52 |
| 0 | JOHN G GRAY ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |

Chapter 13 Case No. 20-13701-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,000.00 | Current Monthly Payment: | $1,245.00 |
| Paid to Claims: | $8,244.00 | Arrearages: | $4,335.00 |
| Paid to Trustee: | $756.00 | Total Plan Base: | $60,645.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.