United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Todd C. Alexander  
Melanie G. Alexander  
    Debtors

Case No. 20-13701-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Todd C. Alexander, Melanie G. Alexander, 1601 Robin Road, Coatesville, PA 19320-4514 |
| 14538863 | | CITIMORTGAGE, INC., c/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14537590 | + | Carrington Mortgage Services, PO Box 7006, Pasadena CA 91109-7006 |
| 14555475 | + | ShellPoint Mortgage, PO Box 639766, Cincinnati, OH 45263-9766 |
| 14555477 | + | Verizon, PO Box 25114, Lehigh Valley PA 18002-5114 |
| 14561589 | + | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 25 2022 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:44:00 | Wilmington Savings Fund Society, FSB, as trustee o, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14555476 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:53 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14555474 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:44:00 | Carrington Mortgage, PO Box 660586, Dallas, TX 75266-0586 |
| 14676110 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:44:00 | Discovery Mortgage Loan Trust, 1600 S. Douglass Rd., Anaheim, CA 92806-5948 |
| 14555479 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 25 2022 23:44:00 | EOS CCA, PO Box 981008, Boston MA 02298-1008 |
| 14558335 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 25 2022 23:44:00 | WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14555478 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:35 | Portfolio Recovery, PO Box 12914, Norfolk VA 23541 |
| 14560181 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 25 2022 23:43:44 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14548086 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14561589 | ^ | MEBN | Aug 25 2022 23:40:43 | WILMINGTON SAVINGS FUND SOCIETY, |

Case 20-13701-amc    Doc 87    Filed 08/27/22    Entered 08/28/22 00:30:08    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 17 |

| | | | | FSB, AS TRUSTEE O, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
|---|---|---|---|---|
| 14562427 | + | Email/Text: BKBCNMAIL@carringtonms.com | Aug 25 2022 23:44:00 | Wilmington Savings Fund Society, FSB, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE O, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14539095 | * | CitiMortgage, Inc., c/o Thomas Song, Esq.,, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

**Name**            **Email Address**

JOHN G. GRAY
    on behalf of Debtor Todd C. Alexander esqjgray@aol.com

JOHN G. GRAY
    on behalf of Joint Debtor Melanie G. Alexander esqjgray@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST H bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor CITIMORTGAGE  INC. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | |
|---|---|
| Todd C. Alexander | Chapter 13 |
| Melanie G. Alexander | Bankruptcy No. 20-13701-AMC |
| Debtors | |

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 24, 2022**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE